**Order Filed on December 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Jeanette F. Frankenberg, Esq.
Ashley L. Rose, Esq.
Stern, Lavinthal & Frankenberg, LLC
105 Eisenhower Parkway, Suite 302
Roseland, New Jersey 07068-0490
Telephone Number (973) 797-1100
Facsimile Number (973) 228-2679
Attorneys for Creditor
Nationstar Mortgage LLC d/b/a Mr.Cooper

In Re:

Stefanie E. Lindner aka Stefanie Nimitzek

Debtor

Judge: Andrew B. Altenburg, Jr.
Chapter 13
Hearing: December 12, 2017
Case No.: 17-24100-ABA

## CONSENT ORDER CONDITIONALLY REINSTATING THE AUTOMATIC STAY

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: December 12, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Stefanie E. Lindner aka Stefanie Nimitzek
Case No: 17-24100-ABA
Caption: Consent Order Conditionally Reinstating Automatic Stay

---

THIS MATTER having been brought before the Court by Lee M. Perlman, Esq., attorney for the Debtor, Stefanie E. Lindner aka Stefanie Nimitzek ("Debtor"), upon the filing of a Motion to Reinstate the Stay on Shortened Time ("Motion"), and Nationstar Mortgage LLC dba Mr. Cooper, ("Secured Creditor"), by and through its attorneys, Stern, Lavinthal & Frankenberg, LLC, having filed an Objection to the Motion, and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for good cause shown;

**IT IS HEREBY ORDERED** as follows:

1. The within hearing has been adjourned to January 9, 2018. The automatic stay is conditionally reinstated.

2. The Sheriff Sale scheduled for December 13, 2017 will be adjourned pending the next hearing date.

3. Debtor must provide proof to Secured Creditor's Counsel and the Court that the loan modification application was sent to Secured Creditor prior to December 12, 2017.

4. Debtor's attorney is holding funds in the amount of $1,275.00. Debtor must remit to their attorney a payment of $1,716.30 on or before January 1, 2018.

5. Upon receipt of the funds aforementioned, Debtor's attorney must file with the Court a Certification advising all parties the funds were received and are being held. Said Certification must be filed on or before January 2, 2018.

The undersigned hereby consent to the form, content and entry of the within Order:

_____
Lee M. Peralman, Esq.
Attorney for the Debtors

/s/ Jeanette F. Frankenberg, Esq.
Jeanette F. Frankenberg, Esq.
Attorney for Secured Creditor
Nationstar Mortgage LLC