```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Jeanette F. Frankenberg, Esq.
Ashley L. Rose, Esq.
Stern, Lavinthal & Frankenberg, LLC
105 Eisenhower Parkway, Suite 302
Roseland, New Jersey 07068-0490
Telephone Number (973) 797-1100
Facsimile Number (973) 228-2679
Attorneys for Creditor
Nationstar Mortgage LLC d/b/a Mr.Cooper

In Re:

    Stefanie E. Lindner aka Stefanie Nimitzek

            Debtor
```

Order Filed on March 23, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Judge: Andrew B. Altenburg, Jr.
Chapter 13
Hearing: March 6, 2018
Case No.: 17-24100-ABA

## CONSENT ORDER REINSTATING THE AUTOMATIC STAY

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: March 23, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Stefanie E. Lindner aka Stefanie Nimitzek
Case No: 17-24100-ABA
Caption: Consent Order Reinstating Automatic Stay

---

THIS MATTER having been brought before the Court by Lee M. Perlman, Esq., attorney for the Debtor, Stefanie E. Lindner aka Stefanie Nimitzek ("Debtor"), upon the filing of a Motion to Reinstate the Stay on Shortened Time ("Motion"), and Nationstar Mortgage LLC dba Mr. Cooper, ("Secured Creditor"), by and through its attorneys, Stern, Lavinthal & Frankenberg, LLC, having filed an Objection to the Motion, and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for good cause shown;

IT IS HEREBY ORDERED as follows:

1. Debtor and Secured Creditor consent and agree that the automatic stay with respect to the property commonly known as <u>310 Bryn Mawr Drive, Williamstown, NJ 08094</u> is hereby reinstated and in full force.

2. Debtor and Secured Creditor consent and agree that Secured Creditor shall have <u>Thirty (30) days</u> to file a Proof of Claim with the Court.

3. Beginning <u>March 1, 2018</u>, Debtor shall continue to tender regular monthly mortgage payments in the amount of $1,716.30 while the application for Loss Mitigation is pending.

4. If a Loan Modification is not approved by <u>May 11, 2018</u> (or other date extended by court order), Secured Creditor will promptly notify the trustee, with copy to Debtor's attorney, and within thirty (30) days of such notification, the Debtor shall 1) Cure all outstanding post-petition arrearages to Secured Creditor; 2) file a Modified Plan to surrender subject property; 3) file a Notice to Convert to a Chapter 7; or 4) file a Notice to Dismiss Case.

5. If the Debtor fails to achieve a Loan Modification as specified above and does not address the post-petition delinquency within thirty (30) days of the denial date, the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, A Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

6. If the Debtors fail to make the immediate payment specified above or fail to make any regular monthly payment or the additional monthly cure payment within thirty

Debtor: Stefanie E. Lindner aka Stefanie Nimitzek
Case No: 17-24100-ABA
Caption: Consent Order Reinstating Automatic Stay

---

(30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' attorney.

7. If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

This Order shall be incorporated in and become part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form, content and entry of the within Order:

_____
Lee M. Peralman, Esq.
Attorney for the Debtors

/s/ Jeanette F. Frankenberg, Esq.
Jeanette F. Frankenberg, Esq.
Attorney for Secured Creditor
Nationstar Mortgage LLC